IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA SANTANA | : | CIVIL ACTION |
| v. | : | |
| ANDREW SAUL,<br>Commissioner of Social Security | : | NO. 19-2951 |

O R D E R

AND NOW, this 29th day of April, 2020, for the reasons expressed in the Court's Opinion filed today, it is

ORDERED that the decision of the Commissioner be, and the same hereby is, AFFIRMED. The Clerk of Court is directed to mark this matter as CLOSED.

BY THE COURT:

/s/ Jacob P. Hart

_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE